■ NRT NEW YORK LLC, Doing Business as THE CORCORAN GROUP, Appellant, v NANCY SALE FREY JOHNSON, Respondent. [37 NYS3d 438]—

Order, Supreme Court, New York County (Barry R. Ostrager, J.), entered November 10, 2015, which denied plaintiff's motion for summary judgment, unanimously modified, on the law, to the extent of granting defendant summary judgment dismissing the complaint upon a search of the record, and otherwise affirmed, without costs. The Clerk is directed to enter judgment dismissing the complaint.

The exclusive brokerage agreement unambiguously made the closing of title an express condition precedent to plaintiff broker's right to its commission (*see Corcoran Group v Morris*, 107 AD2d 622, 623-624 [1st Dept 1985], *affd* 64 NY2d 1034 [1985]). No closing ever took place, either before or after the agreement terminated, which passed title to any buyer identified during the term of the agreement. Nor did the Board of Managers for the condominium take title. The closing on the

sale of the apartment took place after the exclusive broker agreement expired and with an entity/person who was, in any event, a carve out under the agreement. Plaintiff is not entitled to a commission. Concur—Tom, J.P., Saxe, Richter, Gische and Webber, JJ.